**Slip Op. 08-133**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| **SAKAR INTERNATIONAL, INC.,** | |
| Plaintiff, | |
| v. | **Before: Timothy C. Stanceu, Judge** |
| **UNITED STATES,** | **Court No. 06-00025** |
| Defendant. | |

**JUDGMENT**

In accordance with the opinion of the United States Court of Appeals for the Federal

Circuit in *Sakar International, Inc. v. United States*, 516 F.3d 1340 (Fed. Cir. 2008), it is

hereby

**ORDERED** that this action is dismissed for lack of subject matter jurisdiction.

/s/ Timothy C. Stanceu
Timothy C. Stanceu
Judge

Dated: December 3, 2008
New York, New York